**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                      Case No. _____

**GONZALEZ RODRIGUEZ, JOSEPH**                          Chapter **13**
                      Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **5/25/2009**                        ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION              Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **180.00** x **60** = $ **10,800.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **10,800.00**

Additional Payments:
$ **1,335.00** to be paid as a LUMP SUM within **60 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**INCOME TAX RETURNS ANNUAL REIMBURSEMENTS, SEE OTHER PROVISION BOX**

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **12,135.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,700.00**

Signed: **/s/ JOSEPH GONZALEZ RODRIGUEZ**
         Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR**    Cr. _____    Cr. _____
# **07-101-001-778836-8**    # _____    # _____
$ **1.00**    $ _____    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA**
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**LV: $6,252.89**

**1) DEBTOR WILL PROVIDE THE FOLLOWING PAYMENTS: $267.00 IN APRIL 2010; $267.00 IN APRIL 2011; $267.00 IN MAY 2012; $267.00 IN MAY 2013; $267.00 IN MAY 2014 FOR A TOTAL OF $1,335.00. DEBTOR WILL PROVIDE THIS AMOUNT FROM ANNUAL INCOME TAX RETURNS REIMBURSEMENTS.**

Attorney for Debtor **Hatillo Law Office** S/Jaime Rodríguez-Pérez, USDC PR 221011    Phone: **(787) 262-4848**

CHAPTER 13 PAYMENT PLAN