**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                           Case No. **09-04217-13**

**GONZALEZ RODRIGUEZ, JOSEPH**                Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **12/04/2009**                       ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                   Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **180.00** x **60** = $ **10,800.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **10,800.00**

Additional Payments:
$ **6,500.00** to be paid as a LUMP SUM within **60 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**SEE "OTHER PROVISIONS BOX"**

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **17,300.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,700.00**

Signed: **/s/ JOSEPH GONZALEZ RODRIGUEZ**
         Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR**    Cr. _____    Cr. _____
# **07-101-001-778836-8**    # _____    # _____
$ **162.00**    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CRIM**    Cr. _____    Cr. _____
# **CLAIM 3-1**    # _____    # _____
$ **5,181.62**    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA**
5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Attorney for Debtor **Hatillo Law Office**    S/Jaime Rodríguez-Pérez, USDC PR 221011    Phone: **(787) 262-4848**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **GONZALEZ RODRIGUEZ, JOSEPH**  Case No. **09-04217-13**
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

**LV: $3,128.83**

**1) DEBTOR WILL PROVIDE INCOME TAX REIMBURSEMENTS TO CREDITORS THROUGH THE PLAN. DEBTOR WILL PROVIDE TO TRUSTEE ANNUAL INCOME TAX REIMBURSEMENT AS A LUMP SUM PAYMENT AS SOON HE RECEIVE IT.  IF DEBTOR NEED ANY AMOUNT FROM INCOME TAX REIMBURSEMENTS, DEBTOR WILL REQUEST COURT AND TRUSTEE APPROVAL BY FILING A MOTION REQUESTING USE OF PROPERTY OF ESTATE.  DEBTOR EXPECTS TO RECEIVE ANNUAL INCOME TAX REIMBURSEMENTS FOR THE AVERAGE AMOUNT OF $1,300.00 PER YEAR. UNLESS DEBTOR OR HIS FAMILY HAVE ANY NECESSARY EXPENSES, DEBTOR WILL PROVIDE $1,300.00 DURING JULY, 2010, JULY 2011, JULY 2012, JULY 2013 AND JULY 2014 FOR THE TOTAL AMOUNT OF: $6,500.00**

**2) ON 2007 DEBTOR WAS VICTIM OF A FRAUD COMPLAINT NUMBER 2009-31-100-00011 ACCORDING WITH PUERTO RICO DEPARTMENT OF JUSTICE. THERE IS NO PROBABILITY THAT DEBTOR COULD HAVE TO RECEIVE CIVIL OR CRIMINAL COMPENSATION. HOWEVER IF DEBTOR  RECEIVE ANY COMPENSATION FROM ANY SOURCE DURING THE LIFE OF THE PLAN.  HE WILL BRING ALL THE MONEY IF ANY TO CREDITORS THROUGH THE PLAN TO BE PAID BY THE TRUSTEE OFFICE.**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

MASTER ADDRESS LIST

**GONZALEZ RODRIGUEZ, JOSEPH**
**BRISAS DEL VALLE**
**5 A**
**SABANA HOYOS, PR  00688**

**Hatillo Law Office**
**PO Box 678**
**Hatillo, PR  00659-0678**

**AEELA**
**PO BOX 4508**
**SAN JUAN, PR  00936-4508**

**BANCO POPULAR**
**PO BOX 71375**
**SAN JUAN, PR  00936**

**BANK OF AMERICA**
**PO BOX 15630**
**WILMINGTON, DE  19850**

**CRIM**
**PO BOX 195387**
**SAN JUAN, PR  00919-5387**

**DEPTO DE HACIENDA**
**424-B PO BOX 9024140**
**SAN JUAN, PR  00902**

**SEARS CREDIT CARDS**
**PO BOX 183114**
**COLUMBUS, OH  43218-3114**